IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

N. A. A. C. P., ET AL                                                                PLAINTIFFS

V.                              Case # <u>2:05-CV-195</u>

PHILLIPS COUNTY ELECTION
COMMISSION                                                                           DEFENDANTS

### ORDER

On the motion of the Plaintiffs and by agreement with both parties this action is dismissed pursuant to FRCP Rule 41 (a)(1).

IT IS ORDERED on this _4_ day of June, 2007.

_____
Federal District Judge

Approved:

_____

J. Ashley [signature]
Attorney for Defendants